**Order entered October 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01194-CV

### IN RE QUINCY BLAKELY, Relator

**Original Proceeding from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. M1461834**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    CRAIG STODDART
       JUSTICE